[S. F. No. 8276. Department Two.—December 19, 1917.]

In the Matter of the Estate of CHARLES N. FELTON, Deceased. JOHN S. CHAMBERS, as Controller, etc., Appellant, v. CHARLES N. FELTON, Jr., Respondent.

TAXATION — INHERITANCE TAX — APPEAL — STIPULATION — INTEREST AWARDED ON AFFIRMANCE.—A decree fixing an inheritance tax having been affirmed on appeal, the court below is directed to enter a modified decree awarding interest in accordance with a stipulation of the parties.

APPEAL from a judgment of the Superior Court of Sacramento County. Geo. H. Buck, Judge.

The facts are stated in the opinion of the court.

Robert A. Waring, Inheritance Tax Attorney, and John C. Altman, for Appellant.

Pillsbury, Madison & Sutro, for Respondent.

THE COURT.—Upon this appeal it was stipulated that if the decree in the matter of the above-entitled estate fixing the inheritance tax due and payable to the state should be affirmed, then the amount of the award of the inheritance tax should bear interest at the "rate of seven per cent per annum from and after the thirteenth day of March, 1916." The decree thus referred to was ordered modified, and as modified, affirmed. (*Estate of Felton*, 176 Cal. 663, [169 Pac. 392].)

It is therefore ordered that the modified decree which will be entered by the court in probate in the matter of said estate shall contain as a part thereof an award of interest upon the amount of such decree at the rate of seven per cent per annum from and after the thirteenth day of March, 1916.